Decided October 6, 1999

DOROTHY WOOD *v.* LAILA AMER ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 54 Conn. App. 601 (AC 18410), is granted, limited to the following issues:

"Did the Appellate Court properly conclude that: (1) the 'Brush deed' contained two separate restrictive covenants, and that, therefore, the grantor intended that only one house was to be located on either lot 10 or lot 11; and (2) the statute of limitations contained in General Statutes § 52-575a had not expired with respect to the plaintiff's claim of a violation of a covenant not to build?"

The Supreme Court docket number is SC 16199.

*Frederic S. Ury*, in support of the petition.

*Stanley A. Twardy, Jr., Deborah S. Gordon* and *Mario R. Borelli,* in opposition.

Decided October 6, 1999